LAW OFFICES OF ALONZO J. GRADFORD
ALONZO GRADFORD, SBN 244201
1202 H STREET, SUITE C
MODESTO, CALIFORNIA 95354
209/408-0342 (PHONE); 209/408-0797 (FAX)

ATTORNEYS FOR GARY COLLINS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:13-cr-00031-LJO-SKO |
| Plaintiff, ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. ) ) ) | |
| GARY COLLINS, ) ) | |
| Defendant. ) | |

STIPULATION TO CONTINUE STATUS CONFERENCE

It is stipulated and agreed between the parties that the status conference currently set for May 6, 2013, be continued to July 15, 2013. The continuance is necessary due to the voluminous nature of the evidence to be reviewed. A complete review of the evidence is necessary to adequately prepare and investigate Defendant's case. The defendant also needs additional time to review an offer from the government to resolve the case.

The parties agree that the delay resulting from the continuance through July 15, 2013, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the completion of plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).

///

1

I hereby agree to the above stipulation.

Dated: April 30, 2013                    /s/Alonzo J. Gradford
                                         Alonzo J. Gradford


I hereby consent to the above stipulation.


Dated: April 30, 2013                    /s/David L. Gappa
                                         David L. Gappa

## ORDER

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A). Should the parties reach an agreement that resolves the case prior to July 15, 2013, they shall schedule the matter for a hearing in district court. Should the parties not reach an agreement that resolves the case prior to July 15, 2013, they shall be prepared to schedule this case for trial at the next status conference on July 15, 2013.


IT IS SO ORDERED.

   Dated:   **May 2, 2013**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE